United States District Court
for the
Southern District of Florida

Raymond Leonard Johnson, )
Petitioner, )
)
) Civil Action No. 18-22345-Civ-Scola
v. )
)
)
State of Florida, Respondent. )

**<u>Order Adopting Magistrate Judge's Report And Recommendation</u>**

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. Petitioner Raymond Leonard Johnson filed an application for habeas relief in accordance with 28 U.S.C. § 2254 on June 11, 2018. However, in response to Judge White's order directing him to file an amended petition, Johnson filed a motion to instead withdraw his initial application.

On June 28, 2018, Judge White issued a report, recommending that the Court grant Johnson's motion to withdraw and therefore dismiss his habeas petition without prejudice (except as to the application of any statute of limitations or other procedural defenses that may apply). (Report of Magistrate J., ECF No. 8.) Johnson has not filed objections to the report, and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 8**). The Court **grants** Johnson's motion to withdraw his § 2254 petition (**ECF No. 7**) and thereby dismisses his petition (ECF No. 1) without prejudice, as described above. The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case.

**Done and ordered**, at Miami, Florida, on July 16, 2018.

_____
Robert N. Scola, Jr.
United States District Judge